# IN THE U.S. DISTRICT COURT
# OF THE STATE OF WASHINGTON

FILED _____ LODGED
_____ RECEIVED

**FEB 10 2012**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE MATTER OF IRS: )
 )
RICKY L. MADDOX  ) **CV12 5114** RBL
   Petitioner, )
 ) **SHOW CAUSE**
 )
IRS _____ ) **ORDER**
   Defendant.

     I

I, RICKY L. MADDOX, failed to file taxes for years 2000, 2001, 2002, 2004, 2005, 2006, and 2007.

     II

IRS seized two homes, i.e., one in Medical Lake, Washington located at 207 E Lake Street, and one in Cheney, Washington, located at 9325 S Thomas Mallen Rd.

     III

IRS put me on a "non-collectible" status for the total owed in the amount of $169,339.02.

     IV

To date, IRS has failed to furnish me the dollar figure for value received by them on the seized properties. I have asked them repeatedly via phone, but have received nothing.

     V

IRS took me off of "non-collectible" status without informing me and said because of my tax accountant filing for the above years in question, shown above in Item I. IRS shows, I now owe 100% of total monies in Item III above.



**12-CV-05114-CMP**

VI

IRS served my employer, Merchant E Solutions, Inc. with a garnishment prior to my payday of 5/6/2011 in the amount of $4,627.54  I have zero money to live on and have had to borrow $10,000.00 from a friend's company in order to pay bills and live.

VII

IRS, Defendant in the above proceeding, should be ordered to furnish me with all necessary documentation concerning the property they seized. Plus a copy of the garnishment and credit me with the money they received from said property and garnishment, within a reasonable amount of time ie; fourteen (14) days.

WHEREFORE, Plaintiff, RICKY L. MADDOX, prays for a decree:

      1.  All information requested above.

RICKY L. MADDOX

2410 NE 93RD Avenue
Vancouver, WA. 98662
Home:  360-314-2232
Cell:    509-939-0740

**I hereby declare that the above statement is true & include this original Proof of Service.**

**Certificate of Document Preparation:**  I prepared t5his document without paid assistance.

Dated this 23rd day of June 2011.

Patti Trotter,      Process Server
503- 998-4555

2410 NE 93rd Ave.
Vancouver, WA. 98662

Return Address:

*Rick Maddox*
*2410 N. E. 93rd Ave.*
*Vancouver, WA. 98662*

# GENERAL POWER OF ATTORNEY (With Durable Provisions)

Indexing Information required by the Washington State Auditor's/Recorder's Office. (RCW 36.18 and RCW 65.04) 1/97:      (please print last name first)

Reference # (if applicable): _____

Grantor(s) (Principal): (1) _*Rick Maddox*_    (2) _____ Add'l. on pg____

Grantee(s) (Attorney in Fact): (1) _*Harlen Jones*_ (2) _____ Add'l. on pg____

Legal Description (abbreviated): _____ Add legal is on page ____

Assessor's Property Tax Parcel /Account # _____

KNOW ALL PERSONS BY THESE PRESENTS: That _*Rick Maddox*_ _____

residing at _*2410 NE 93rd Ave,*_ _____, City of _*Vancouver*_ ,

County of _*Clark*_ _____, State of _*WA*_ _____ made, constituted and

appointed, and by these presents **hereby** make, constitute and appoint _*Harlen Jones*_

_*2905 NE 206th Pl,*_    _*Fairview, OR 97024-7815*_   *Fax: 503-491-0893*

of the City of _*Fairview*_ _____, County of _*Multnomah*_ _____, State of _*Oregon*_

_*a*_ _____ true and lawful attorney for _*duration*_ , and in _*his*_ _____ name, a place and stead for _*his*_

use and benefit

to ask, demand, sue for, recover, collect and receive all such sums of money, debts, dues, accounts, legacies, bequests, interests, dividends, annuities and demands whatsoever, as are now or shall hereafter become due, owing, payable or belonging to _*me*_ and have, use and take all lawful ways and means in _*his*_ name___, or otherwise for the recovery thereof, by attachments, arrests, distress or otherwise, and to compromise and agree for the same, and acquittances or other sufficient discharges for the same for _*any*_ and in _*his*_ name _*to*_ to make, seal and deliver, to bargain, contract, agree for, purchase, receive and take lands, tenaments, hereditaments, and accept the seizin and possession of all lands, and all deeds and other assurances in the law therefor, and to lease, let, demise, bargain, sell, remise, release, convey, mortgage and hypothecate

General Power of Attorney-(With Durable Provisions)
©Washington Legal Blank, Inc., Issaquah, WA Form No. 58 10/96
MATERIAL MAY NOT BE REPRODUCED IN WHOLE OR IN PART IN ANY FORM WHATSOEVER.

lands, tenements, and hereditaments, upon such terms and conditions, and under such covenants as _____ *he* _____ shall think fit. Also, to bargain and agree for, buy, sell, mortgage, hypothecate, and in any and every way and manner deal in and with goods, wares and merchandise, choses in action, and other property in possession or in action, and to make, do and transact all and every kind of business, of what nature and kind soever, and also for _____ *ANY* _____ and in _____ *his* _____ name _____, and as _____ *his* _____ act and deed, to sign, seal, execute, deliver and acknowledge such deeds, leases and assignments of leases, covenants, indentures, agreements, mortgages, hypothecations, bottomries, charter parties, bills of lading, bills, bonds, notes, receipts, evidences of debt, release and satisfaction of mortgage, judgments and other debts, and such other instruments in writing of whatever kind or nature, as may be necessary or proper in the premises.

GIVING AND GRANTING unto *Harlen Jene* said attorney, *2* All power and authority to do and perform all and every act and thing whatsoever requisite and necessary to the execution of the powers herein granted, as fully to all intents and purposes as _____ *he* _____ might or could do if personally present. *I, Rick Maddox* hereby ratifying and confirming all that _____ *my* _____ said attorney *Harlen Jene* shall lawfully do or cause to be done by virtue of these presents.

This power of attorney ☐ shall be revoked upon ☑ shall become effective upon ☐ shall not be affected by disability of the principal, and shall otherwise ☒ continue in full force and effect until revoked by subsequent writing ☐ become null and void after the _____ day of _____.

(Optional) The said _____ further nominates _____ as guardian of _____ estate and person for consideration by the court if protective proceedings for _____ estate or person are hereafter commenced.

In Witness Whereof, *I* have hereunto set *my* hand the *4th* day of *February* _____.

x *Rick Maddox*

*RICK MADDOX*

Signed and Delivered in the Presence of :

_____

_____

_____


STATE OF WASHINGTON,

County of *CLARK*     } ss.     (INDIVIDUAL ACKNOWLEDGEMENT)

I certify that I know or have satisfactory evidence that *RICK LEE MADDOX* _____ is the person who appeared before me, and said person acknowledged that *HE* signed this instrument and acknowledged it to be *HIS* free and voluntary act for the uses and purposes mentioned in the instrument.

Dated this *02/07/2012* day of _____

*Thomas H Shayler*

Print Name *THOMAS H. SHAYLER*

Notary Public in and for the State of *WASHINGTON*

My appointment expires: *07/15/2013*

THOMAS H. SHAYLER
**NOTARY PUBLIC**
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 15, 2013

# IN THE U.S. DISTRICT COURT
# OF THE STATE OF WASHINGTON

IN THE MATTER OF IRS:     )

)

RICKY L. MADDOX        )    **CNO:12   5114** (5L

           Petitioner,     )

)    **DECLARATION OF**

)    **PROOF OF SERVICE**

IRS                      )

           Defendant.    )

FILED _____ LODGED
_____ RECEIVED

FEB 1 0 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

I, RICKY L. MADDOX, declare that service was performed by the Sheriff's Office to the IRS on 23rd day of June, 2011 at the office located at 500 W 12th Street, Vancouver, Washington 98660.

**I hereby declare that the above statement is true and include this original Proof of Service.**

**Certificate of Document Preparation:** I prepared this document without paid assistance.

Dated this 23rd day of June 2011.


_____
Patti Trotter,     Process Server
(503) 998-4555

_____
2410 N.E. 93rd Ave
Vancouver, WA. 98662