

12-CV-05114-RESP

# DISTRICT COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF IRS: )
)
RICKY L. MADDOX ) NO: CV 12 5114
      Petitioner, )
)
    vs. ) **AMENDED**
) **SHOW CAUSE ORDER**
)
IRS, etal )

FILED MAR 14 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

## I

I, Ricky L. Maddox, failed to file taxes for years 2000, 2001, 2002, 2004, 2005, 2006 and 2007.

## II

IRS, ordered me to sell two homes, ie; one in Medical Lake, WA, located at 207 E. Lake St. and one in Cheney, WA., located at 9325 S. Thomas Mallen Rd.

## III

IRS, put me on a "non-collectible" status for the total owed in the amount of $169,339.02.

## IV

To date, IRS has failed to furnish me accountability for assets received by them on the two properties they forced me to sell. I have asked them repeatedly via phone, but have received nothing.

V

IRS, took me off of "non-collectible" status, without informing me and said, because of my tax accountant filing for the above years in question, shown above in Item I. IRS, shows, I now owe 100% of total monies in item III above.

VI

IRS, served my employer, Merchant E Solutions, Inc. with a garnishment prior to my payday of 5/6/11 in the amount of $4,627.54. I have zero money to live on and I've had to borrow $10,000.00 from a friend's company, in order to pay bills and live.

VII

For the 2008 balance of $8,363.00, it shows, as of 1/15/10 $8,440.00 and I've been paying $400.00 a month, so according to my records, this March, 2012, it should be paid off.

VIII

IRS, defendant, in the above proceeding, should be ordered to furnish me with all necessary accountability documents, concerning the property they ordered me to sell, plus a copy of the garnishment and credit me with the money they received from my bank, where I deposited the funds from the sale of the two properties and the garnishment, within a reasonable amount of time, ie; fourteen (14) days.

IX

Plaintiff, demands a judgment for the relief to which he is entitled too, ie; for the $534,900.00 loss he incurred from the forced sale of the two homes, $48,682.89 for his out-of-pocket costs on both properties and $5,000,000.00 in Punitive Damages.

X

Plaintiff, requests a Jury trial.

WHEREFO0RE, Plaintiff, Ricky L. Maddox, prays for a decree:

1. All information requested above.

RICKY L. MADDOX

2410 N.E. 93rd Avenue
Vancouver, WA. 98662
Home:  360-314-2232
Cell:    509-939-0740

**I hereby declare that the above statement is true & include this original Proof of Service.**

**Certificate of Document Preparation:** I prepared this document without paid assistance.

Dated this 7th day of March, 2012

Patti Trotter,    Process Server
360-989-0393

Ricky L. Maddox